**Earnest P. CLARK, Petitioner,**

v.

**EASTERN ASSOCIATED COAL COR-PORATION; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 04–1730.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 24, 2004.

Decided Dec. 21, 2004.

S.F. Raymond Smith, Rundle & Rundle, L.C., Pineville, West Virginia, for Petitioner. Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig, L.L.P., Washington, D.C., for Respondent Eastern Associated Coal Corporation.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Earnest P. Clark seeks review of a decision and order of the Benefits Review Board ("Board") affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–45 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Clark v. Eastern Associated Coal Corp.*, No. 03–0631–BLA (BRB April 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*